UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

NEWARK                                              DATE: September 16, 2024

JUDGE: Susan D. Wigenton

COURT REPORTER:  Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

TITLE OF CASE:                                      Crim. No. 24-194
U.S.A. v. THOMAS MANZO

**APPEARANCES:**
Kendall Randolph, AUSA for the Govt
Bruce Keller, AUSA for the Govt
Thomas Kearney, AUSA for the Govt
Marc Agnifilo, Esq. (Retained)
Zach Intrater, Esq. (Retained)
Katiana Delagrande'Anse, Pretrial Officer
Jennifer Powers, Pretrial Officer

NATURE OF PROCEEDING:  **BAIL REVIEW HEARING**

Defendant present.
Hearing held on pretrial's petition for a bail review hearing [ECF #74].
Court orders defendant's conditions of pretrial to release to be modified to Home Incarceration.
Government to submit order.
The sentencing scheduled for October 15, 2024 to remain as set.

Time Commenced:  2:35 p.m.
Time Adjourned:    3:20 p.m.
Total time:   45 mins.

Cc: Chambers                                        Carmen D. Soto
                                                    Senior Courtroom Deputy