DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS MANZO | Criminal No. 24-194<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                    .

Date: October 3, 2024

PHILIP R. SELLINGER
United States Attorney

By:   */s/Kendall R. Randolph*
        KENDALL R. RANDOLPH
        THOMAS S. KEARNEY
        BRUCE P. KELLER
        Assistant U.S. Attorneys