DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. 24cr194

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
(Requestor Not Represented by Counsel)

I, Jerry Capeci, wish to obtain a copy of the sentencing materials submitted to the Court on 10/03/2 in this case as to defendant, Thomas Manzo. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: capeci@ganglandnews.com

Address: Post Office Box 863

Long Beach, NY 11561

By: [signature]