UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS MANZO,<br><br>Defendant. | 24-CR-194 (SDW)<br><br>**SENTENCING SUBMISSION NOTICE** |

Please be advised that, on October 10, 2024, counsel for Mr. Manzo submitted sentencing materials to the Court on his behalf in the above-referenced case.

Respectfully submitted,

Zach Intrater, Esq.
Marc Agnifilo, Esq.
Agnifilo Intrater LLP
445 Park Avenue, 7th Floor
New York, New York 10022
zach@agilawgroup.com
marc@agilawgroup.com